UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ELIAS ZEITOUNI *Plaintiff,* | § § § § | |
| v. | § § | Civil Action No: 4:16-cv-2217 |
| JEWELERS MUTUAL INSURANCE COMPANY *Defendant* | § § § § | |

## AGREED MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff ELIAS ZEITOUNI ("Plaintiff") and Defendant JEWELERS MUTUAL INSURANCE COMPANY ("Defendant") and file this Agreed Motion to Dismiss with Prejudice in the above-styled and numbered cause of action, and for same would respectfully show unto the Court as follows:

I.

This case has not proceeded to trial and the parties have not introduced any evidence at trial.

Plaintiff and Defendant have entered into a settlement agreement for the purpose of settling and compromising any and all of the disputes and controversies that exist between them. Accordingly, Plaintiff and Defendant desire to dismiss the above-styled and numbered cause of action, with prejudice to refilling same, with costs to be borne by the party incurring same.

WHEREFORE, PREMISES CONSIDERED, Plaintiff and Defendant respectfully request this Court to grant their Agreed Motion to Dismiss with Prejudice, and enter a Judgment of dismissal in the above-styled and numbered cause of action.

Respectfully submitted,

**EGGLESTON & BRISCOE, LLP**
4800 Three Allen Center
333 Clay Street
Houston, Texas 77002
(713) 659-5100 – Telephone
(713) 951-9920 – Facsimile

By: */s/ W. Montgomery Briscoe*
    W. Montgomery Briscoe
    State Bar No. 03014500
    wmb@egglestonbriscoe.com

ATTORNEY FOR DEFENDANT


**DEBORAH CRAIN LAW, P.C.**
10707 Corporate Drive, Suite 100
Stafford, Texas 77477
(281) 565-5777 – Telephone
(281) 565-6222 – Facsimile

By: */s/ Deborah L. Crain*
    Deborah L. Crain
    State Bar No. 24013311
    deborah@deborahcrainlaw.com

ATTORNEY FOR PLAINTIFF