United States District Court
Southern District of Texas
**ENTERED**
November 04, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ELIAS ZEITOUNI *Plaintiff,* | § § § § | |
| v. | § § | Civil Action No: 4:16-cv-2217 |
| JEWELERS MUTUAL INSURANCE COMPANY *Defendant* | § § § § | |

### FINAL JUDGMENT

Consistent with the Agreed Motion to Dismiss with Prejudice filed by Plaintiff, ELIAS ZEITOUNI and by Defendant, Jewelers Mutual Insurance Company, the Court grants the Motion. Therefore,

The Court ORDERS, ADJUDGES, and DECREES that all claims and causes of action asserted in the above-captioned action by Plaintiff against Defendant, be, and are hereby, dismissed with prejudice. Costs are to be borne by the party incurring same and no execution shall issue.

SIGNED _November 3_, 2016.

_____
United States District Judge